

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 24–50259
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Julio Cesar De La Cruz<br>    aka Julio De La Cruz, aka Julio C. De La Cruz, dba<br>    DLC Siding LLC, Tax ID–46–4736574<br>174 Glendale Drive<br>Elkin, NC 28621<br>Social Security No.: xxx–xx–6574 | Melissa De La Cruz<br>    aka Melissa De La Cruz<br>174 Glendale Drive<br>Elkin, NC 28621<br>Social Security No.: xxx–xx–7498 |

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Reaffirmation Agreement filed in the above referenced case on 09/26/2024 as document(s) # 13 is defective for the reason(s) marked below:

Reaffirmation Agreement Cover Sheet required.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: September 27, 2024                                         Christine F. Winchester
                                                                  Clerk of Court

Electronically filed and signed (9/27/24)