FILED & JUDGMENT ENTERED
Christine F. Winchester

January 31 2025

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| IN RE: | ) Bankruptcy Case No. 24-50259 |
|---|---|
| | ) Chapter 7 |
| JULIO CESAR DE LA CRUZ and | ) |
| MELISSA DE LA CRUZ, | ) |
| | ) |
| Debtors. | ) |

**ORDER GRANTING TRUSTEE'S SECOND MOTION TO
EXTEND TIME IN WHICH TO OBJECT TO DISCHARGE**

THIS MATTER came on before the United States Bankruptcy Judge for the United States Bankruptcy Court for the Western District of North Carolina on the Trustee's Second Motion to Extend Time in Which to Object to Discharge. The Trustee gave proper and adequate notice of his Motion and Notice of Opportunity for Hearing to all parties in interest, and no objections were made to the Trustee's Motion. Based on the record and for good cause shown, the Court finds that it should grant the Trustee's Motion.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion of the Trustee is GRANTED and, as such, the time in which the Trustee has to object to the Debtors' discharge is extended through and including April 8, 2025.

This Order has been signed electronically.
The judge's signature and court's seal
appear at the top of the Order.

United States Bankruptcy Court