FILED & JUDGMENT ENTERED
Christine F. Winchester

February 11 2025

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
Western District of North Carolina
Statesville Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Julio De La Cruz ) | Case Number: 24-50259 |
| Melissa De La Cruz ) | |
| ) | CHAPTER 7 |
| Debtors ) | |

### ORDER APPROVING REAFFIRMATION AGREEMENT

This matter is before the Court upon a proposed Reaffirmation Agreement with United Bank. This matter was heard on December 6th, 2024. Thomas C. Flippin was present on behalf of the Debtors. The Reaffirmation Agreement was amended on November 25th, 2024 (Court Document # 39) to reflect an amount that did not impose a substantial hardship.

It is **ORDERED** that the Amended Reaffirmation Agreement is **APPROVED**.

This Order has been signed electronically.
The Judge's signature and Court seal
Appear at the top of the Order                                          UNITED STATES BANKRUPTCY COURT