

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 24−50259
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Julio Cesar De La Cruz<br>  aka Julio De La Cruz, aka Julio C. De La Cruz, dba<br>  DLC Siding LLC, Tax ID−46−4736574<br>174 Glendale Drive<br>Elkin, NC 28621<br>Social Security No.: xxx−xx−6574 | Melissa De La Cruz<br>  aka Melissa De La Cruz<br>174 Glendale Drive<br>Elkin, NC 28621<br>Social Security No.: xxx−xx−7498 |

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion for Relief from Stay filed in the above referenced case on 04/09/2025 as document(s) # 53 is defective for the reason(s) marked below:

   Notice sets hearing/opportunity for hearing on a day that is not a court date.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: April 10, 2025                                                                                             Christine F. Winchester
                                                                                                                               Clerk of Court

Electronically filed and signed (4/10/25)